

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00749-CV

Michael Lawrence **SHALIT**,
Appellant

v.

Robin Lynn **SHALIT**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 11-177
Honorable Kirsten Cohoon, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's May 10, 2023 Final Decree of Divorce Post Appeal is AFFIRMED.

We ORDER appellant to pay the costs of this appeal. Pursuant to Texas Rule of Appellate Procedure 43.5, we RENDER judgment against the sureties, if any, on appellant's supersedeas bond for the performance of the judgment and for costs taxed against appellant.

SIGNED June 5, 2024.

_____
Beth Watkins, Justice